**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBERT EUGENE FLOYD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   26-0080 (UNA) |
| | ) | |
| | ) | |
| DISTRICT OF COLUMBIA SUPERIOR COURT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM OPINION</u>**

Plaintiff, appearing *pro se*, has filed a complaint and an application to proceed *in forma pauperis* (IFP).  For the following reasons, the Court grants the IFP application and dismisses the complaint.

Plaintiff, a resident of Washington, D.C., sues the Superior Court of the District of Columbia for injunctive relief.  He alleges that on January 1, 2026, at 6 a.m., Defendant sent him a text message reminding him (1) of his next court appearance on January 8th and (2) to contact Pretrial Services if he had any questions.  Compl., ECF No. 1 at 5. Plaintiff "was celebrating the holiday," *i.e.*, New Year's Day, "and did not desire to be disturbed." *Id*.  Upon receiving the text, he "immediately panicked," thinking he "had committed a crime of some sort," and his "nervous system was completely wrecked by [the] reminder."  *Id*.  Plaintiff opines "it is unlawful to contact a citizen on a holiday to remind him of a court appearance," the "more appropriate time would have been the following business day," and Defendant's action was an "act of manipulation" like "Stalking."  *Id*.  Plaintiff seeks an order compelling D.C. Superior Court "to discontinue the harassment." *Id*.

Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are frivolous actions subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).  Therefore, this case will be dismissed by separate order.

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge

Date: April 6, 2026

2